IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv092

| | | |
|---|---|---|
| DORIS A. RAMSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Order of Remand entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is hereby **REMANDED** to the Commissioner of Social Security.

Signed: November 11, 2010

Martin Reidinger
United States District Judge