# United States District Court
## For The Western District of North Carolina
### Asheville Division

DORIS A. RAMSEY,

        Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                1:10cv92

MICHAEL J. ASTRUE,
Commissioner of Social Security
        Defendant(s).

DECISION BY COURT.  This action having come before the Court on the Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act and the Social Security Act and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/19/11 Memorandum of Decision and Order.

Signed: January 19, 2011

Frank G. Johns, Clerk
United States District Court